**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RONALD WILLIAMS**                                                 **PLAINTIFF**

**V.**                  **NO. 4:22-cv-01250-BRW**

**DOES and**
**DUB BRASSELL DETENTION CENTER**                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Williams has not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in its entirety.

Mr. Williams' complaint is dismissed without prejudice based on his failure to state a plausible constitutional claim for relief.

In the future, this dismissal will be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 22nd day of February, 2023.

                                                              _Billy Roy Wilson_
                                                              UNITED STATES DISTRICT JUDGE